UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JEREMIAH LITTLE,<br><br>　　　　Defendant. | 5:22-CR-50156-JLV-1<br><br>REPORT AND RECOMMENDATION REGARDING *PRO SE* MOTION TO DISMISS INDICTMENT |
|---|---|

　　Defendant Jeremiah Little filed a *pro se* motion to dismiss indictment. (Doc. 33).  Because Defendant is represented by counsel, all motions must be made through his attorney.  See United States v. Stanko, 491 F.3d 408, 411 n.2 (8th Cir. 2007) (The court declines to address *pro se* motions when defendant is represented by counsel); United States v. Peck, 161 F.3d 1171, 1174 n.2 (8th Cir. 1998) (It is not the court's "practice to consider *pro se* briefs filed by parties represented by counsel").  Accordingly, it is recommended that defendant's *pro se* motion to dismiss indictment (Doc. 33) be denied without prejudice.

　　DATED this 9th day of February, 2023.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DANETA WOLLMANN
　　　　　　　　　　　　　　　　　　United States Magistrate Judge