UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMIAH LITTLE,<br><br>Defendant. | 5:22-CR-50156-KES<br><br>ORDER ADOPTING<br>REPORT & RECOMMENDATION AND<br>SENTENCING SCHEDULING ORDER |

On August 11, 2023, defendant, Jeremiah Little, appeared before Magistrate Judge Daneta Wollmann for a change of plea hearing. Magistrate Judge Wollmann issued a report recommending the court accept defendant's plea of guilty to the Superseding Information. The Superseding Information charges Little with Conspiracy to Distribute a Controlled Substance in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(C). As part of the agreement between the parties, the government will not file an information pursuant to 21 U.S.C. § 851 alleging that the defendant has a prior qualifying felony conviction. Defendant waived any objection to the report and recommendation. Upon review of the record in this case, it is

ORDERED that the report and recommendation (Docket 73) is adopted. The defendant is adjudged guilty of Conspiracy to Distribute a Controlled Substance in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(C).

It is FURTHER ORDERED that the sentencing hearing in this matter will be held on October 25, 2023 at 3:30 p.m. in Rapid City Courtroom 2.

Dated August 15, 2023.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE

2